IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RYAN LEWIS STEINHOFF,

    Plaintiff,

v.

JOHN DOE OFFICERS AND SHERIFFS OF
TAYLOR COUNTY SHERIFF
DEPARTMENT, et al

    Defendants.

ORDER

Case No. 21-cv-664-wmc

    Plaintiff Ryan Lewis Steinhoff, an inmate in the custody of the Dunn County Jail, has filed a proposed civil complaint. Plaintiff is an inmate and, therefore, subject to the 1996 Prisoner Litigation Reform Act. Plaintiff has requested leave to proceed without prepayment of the filing fee and submitted an uncertified monthly inmate transaction statement to support this request. These statements are insufficient to determine whether the plaintiff qualifies for indigent status because the plaintiff has not submitted a *certified* copy of the plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint.

    For this case to proceed, the plaintiff must submit the certified trust fund account statement no later than November 12, 2021. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, the plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Ryan Lewis Steinhoff may have until November 12, 2021, to submit a certified trust fund account statement for the period beginning approximately April 21, 2021, and ending approximately October 21, 2021. If by November 12, 2021, the plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to the plaintiff filing the case at a later date.

Entered this 21st day of October, 2021.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge