# COURTROOM MINUTES
# TRIAL/EVIDENTIARY HEARING

DATE: 1/30/2024     DAY: Tuesday     START TIME: 10:32 am     TOTAL HOURS: 9 min
JUDGE/MAG.: WMC     CLERK: JLS     REPORTER: PCH
PROBATION OFFICER: _____     INTERPRETER: _____     SWORN: YES ☐  NO ☐
CASE NUMBER: 21-cv-664-wmc     CASE NAME: Ryan Steinhoff v. Matthew Malovrh, et al.

**APPEARANCES:**

PLAINTIFF(S): James O'Dell     DEFENDANT(S): Timohty Johnson
William Grau     Brianna Meyer

PROCEEDINGS: 2nd Day of Jury Trial.  Verdict returned in defendant.

## PLAINTIFF(S) WITNESS

1. 
2. 
3. 
4. 
5. 
6. 
7. 
8. 
9. 
10. 

## DEFENDANT(S) WITNESS

1. 
2. 
3. 
4. 
5. 
6. 
7. 
8. 
9. 
10. 

## PLAINTIFF(S) DISPOSITIVE MOTION(S)

1. _____  GRANTED ☐  DENIED ☐  U/A ☐
2. _____  GRANTED ☐  DENIED ☐  U/A ☐
3. _____  GRANTED ☐  DENIED ☐  U/A ☐

## DEFENDANT(S) DISPOSITIVE MOTION(S)

1. _____  GRANTED ☐  DENIED ☐  U/A ☐
2. _____  GRANTED ☐  DENIED ☐  U/A ☐
3. _____  GRANTED ☐  DENIED ☐  U/A ☐

1ST BREAK _____     RESUME _____     2ND BREAK _____     RESUME _____
3RD BREAK _____     RESUME _____     4TH BREAK _____     RESUME _____
ADJOURNMENT 10:41 am