IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RYAN LEWIS STEINHOFF,

        Plaintiff,                      SPECIAL VERDICT

v.

MATTHEW MALOVRH,                    21-cv-664-wmc

        Defendant.

---

We, the jury, for our special verdict, do find as follows:

**Question 1:** Did defendant Matthew Malovrh use excessive force against plaintiff Ryan Steinhoff on October 28, 2018?

                **No**        (YES or NO)

*If you answer "Yes" to Question 1, then answer Questions 2 and 3. If you answer "No" to Question 1, do not answer any more questions, have the presiding juror sign and date this form, and notify the bailiff that you have reached a verdict.*

**Question 2:** What amount of money do you award as compensatory damages against defendant Malovrh?

                $_____

*If you answered Question 1 "Yes," but find Steinhoff has failed to prove compensatory damages as to that defendant, then you must award nominal damages of $1.00 as to that defendant. Regardless of your answer to Question 2, answer Question 3.*

**Question 3:** Did defendant Malovrh act in malicious or reckless disregard of plaintiff Steinhoff's rights?

_____ (YES or NO)

*If you answered "Yes" to Question 3, then answer Question 4. If you answered "No" to Question 3, do not answer any more questions, have the presiding juror sign and date this form, and notify the bailiff that you have reached a verdict.*

**Question 4:** What amount of money, if any, do you award as punitive damages against defendant Malovrh?

$_____

*After reaching a unanimous verdict as to each question above that should be answered, have the presiding juror sign and date this form, and notify the bailiff that you have reached a verdict.*

_____
Presiding Juror

Madison, Wisconsin

Date: 01/30/24

2