IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RYAN LEWIS STEINHOFF,

    Plaintiff,

v.

    Case No. 21-cv-664-wmc

MATTHEW MALOVRH,
CHARLES RAMBERG,
CODY KOWALCZYK,
CLARK COUNTY, and
TAYLOR COUNTY,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Charles Ramberg, Cody Kowalczyk, and Taylor County against plaintiff Ryan Steinhoff on plaintiff's Fourth Amendment claims against them in accordance with this court's summary judgment opinion and order.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendants Matthew Malovrh and Clark County against plaintiff Ryan Steinhoff in accordance with the jury's verdict.

Approved as to form this 12th day of February, 2024.

_/s/ William M. Conley_
William M. Conley
District Judge

N. Nelson, Deputy Clerk      2/12/2024

Joel Turner      Date
Clerk of Court