# United States Court of Appeals
For the Seventh Circuit
Chicago, Illinois 60604

April 16, 2025

*By the Court*:

No. 24-1252

| | |
|---|---|
| RYAN STEINHOFF,<br>      Plaintiff - Appellant, | Appeal from the United States District Court for the Western District of Wisconsin. |
| v. | No. 3:21-cv-00664-wmc |
| MATTHEW MALOVRH, et al.,<br>      Defendants - Appellees. | William M. Conley,<br>*Judge.* |

Pursuant to this court's order of March 31, 2025, **IT IS ORDERED** that attorney Sopen B. Shah, PERKINS COIE LLP, 33 E. Main Street, Madison, WI 53703, sshah@perkinscoie.com, is appointed to represent plaintiff-appellant Ryan Steinhoff. Counsel is directed to contact the plaintiff-appellant immediately.

Briefing shall proceed as follows:

1. Plaintiff-appellant shall file his brief and required short appendix on or before July 25, 2025.

2. Defendants-appellees shall file their brief on or before August 25, 2025.

3. Plaintiff-appellant shall file his reply brief, if any, on or before September 15, 2025.

**IT IS FINALLY ORDERED** that the District Court add attorney Sopen B. Shah to their CM/ECF database for purposes of accessing District Court documents, including sealed docket entries not filed *ex parte*.

Important Scheduling Notice !
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).